# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

OTIS HALL,

        Plaintiff,

vs.

BRADFORD R. JERBIC, *et al.,*

        Defendants.

Case No. 2:09-cv-01871-JCM-PAL

**ORDER**

Plaintiff Otis Hall is proceeding in this action *pro se*. Plaintiff submitted a Complaint (Dkt. #1) pursuant to 42 U.S.C. § 1983 on September 23, 2009. This proceeding was referred to this court by Local Rule IB 1-9. Plaintiff did not pay the required filing fee of $350.00 or file an application to proceed *in Forma Pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and (2) and Local Rules LSR 1-1 and 1-2.

Based on the foregoing,

**IT IS ORDERED** that Plaintiff shall file an Application to Proceed *in Forma Pauperis*, accompanied by a signed financial certificate. The Clerk of the Court shall send Plaintiff a blank application form for *pro se* litigants who are not incarcerated. In the alternative, Plaintiff shall make the necessary arrangements to pay the filing fee of three hundred fifty dollars, accompanied by a copy of this Order. Plaintiff shall have **thirty days** from the date on which this Order is entered to comply. Failure to comply will result in a recommendation to the District Judge for dismissal of this action.

Dated this 28th day of July, 2010.

                                                _____
                                                PEGGY A. LEEN
                                                UNITED STATES MAGISTRATE JUDGE