# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

OTIS HALL,

        Plaintiff,

v.

BRADFORD R. JERBIC, et al.,

        Defendants.

2:09-CV-1871 JCM (PAL)

**ORDER**

Presently before the court is the magistrate judge's report and recommendation to dismiss the case for failure to state a claim. (Doc. #4).

Local Rule IB 3-1 states that any party wishing to object to the ruling of the magistrate judge on a pretrial matter shall file a specific objection within fourteen days from the date of service of the magistrate judge's ruling. Here, no objections were filed.

Upon review of the magistrate judge's report and recommendation (doc. #4), and there being no objections filed,

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that United States Magistrate
2  Judge Leen's report and recommendation (doc. # 4) is AFFIRMED in its entirety and the case is
3  hereby dismissed.
4   DATED August 9, 2011.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -